People v Melendez (2023 NY Slip Op 00624)

People v Melendez

2023 NY Slip Op 00624

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed Feb. 3, 2023.) 

MOTION NO. (673/21) KA 19-01176.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
VICTOR VAZQUEZ MELENDEZ, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.